SCHWARTZ & COMPANY, INC., Respondent, *v.* AIMWELL COMPANY, INC., et al., Appellants.

*Surety bond — action to recover upon bond given by lessee to save landlord from liability for repairs made by lessee upon property — cancellation of mechanic's lien upon assignment to contractor of bond.*

*Schwartz & Co., Inc., v. Aimwell Co., Inc.,* 204 App. Div. 769, affirmed.

(Argued October 11, 1923; decided October 26, 1923.)

APPEAL from a judgment, entered April 9, 1923, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of defendants entered upon a decision of the court at a Trial Term without a jury and directing judgment in favor of plaintiff. D. A. Schulte, Inc., was lessee for ten years of some real property in Bridgeport, Conn. It leased to the Aimwell Company, Inc., the said premises. The Aimwell Company made a contract with plaintiff for certain repairs on the property. This contract and these repairs were made with the consent of D. A. Schulte, Inc., as expressed in the lease itself, who exacted a bond from the Aimwell Company to pay for all the material used and work put upon the premises in the making of these repairs. The repairs were not paid for by the Aimwell Company, and upon December 18, 1917, this plaintiff filed a mechanic's lien against the

property. This lien was canceled in consideration of an assignment by the Schulte Company to the plaintiff of the bond, and this action is brought by the plaintiff as such assignee to recover thereon.

*Otto A. Samuels* and *Horace G. Marks* for appellants.

*Harrington Putnam* and *Abraham H. Sarasohn* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ. Absent: HISCOCK, Ch. J.